In the Matter of the Accounting of EARL W. SCRIPTER, as Executor of ELBERT O. FORBES, Deceased, Appellant.

AMERICAN SURETY COMPANY, Appellant; FORT COVINGTON BANKING COMPANY, Respondent.

*Executors and administrators — accounting — subrogation — promissory notes made by executor — payee subrogated to rights of executor to credits allowed him on his accounting.*

*Matter of Forbes*, 218 App. Div. 292, affirmed.

(Submitted November 21, 1927; decided December 6, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 17, 1926, which modified and affirmed as modified a decree of the Franklin County Surrogate's Court settling the accounts of the executor of Elbert O. Forbes, deceased, and directing that the respondent herein be subrogated to the right of said executor to certain credits allowed him in his accounts, the amount of four notes made by said executor and payable to respondent.

*Earl W. Scripter* for executor, appellant.

*E. C. Lawrence* for American Surety Company, appellant.

*William L. Allen* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.